■ In the Matter of BRIAN KNIGHT, Appellant, v NADIA WASHPUN, Respondent. In the Matter of NADIA WASHPUN, Respondent, v BRIAN KNIGHT, Appellant. TANYA J. CONLEY, ESQ., Attorney for the Child, Appellant. [42 NYS3d 908]—Appeals from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered August 31, 2015 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted primary physical custody of the parties' son to Nadia Washpun.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., DeJoseph, Curran and Scudder, JJ.